1  NICHOLAS J. BONTRAGER (State Bar No. 252114)
   CHRISTOPHER G. ADDY (State Bar No. 256044)
2  KROHN & MOSS, LTD.
   Email: nbontrager@consumerlawcenter.com
3  Email: caddy@consumerlawcenter.com
   10474 Santa Monica Boulevard, Suite 401
4  Los Angeles, CA 90025
   Telephone: (323) 988-2400
5  Facsimile: (866) 802-0021

6  Attorneys for Plaintiff
   HECTOR MARTINEZ
7

8  GARY J. LORCH (State Bar No. 119989)
   Email: glorch@gordonrees.com
9  GORDON & REES LLP
   633 West Fifth Street, Suite 4900
10 Los Angeles, CA 90071
   Telephone: (213) 576-5000
11 Facsimile: (213) 680-4470

12 Attorneys for Defendant
   PENTAGROUP FINANCIAL, LLC
13

14

15                  UNITED STATES DISTRICT COURT

16                  CENTRAL DISTRICT OF CALIFORNIA

17

18 HECTOR MARTINEZ,                    )  Case No. CV 10-01631 MAN
                                       )
19            Plaintiff,               )
                                       )  **ORDER OF DISMISSAL OF**
20       vs.                           )  **ENTIRE ACTION WITH**
                                       )  **PREJUDICE**
21 PENTAGROUP FINANCIAL, LLC,          )
                                       )
22            Defendant.               )
                                       )
23

24

25       Based upon the stipulation entered into by and between Plaintiff HECTOR

26 MARTINEZ and Defendant PENTAGROUP FINANCIAL, LLC, by and through

27 their respective attorneys of record,

28 ///

*Gordon & Rees LLP*
*633 West Fifth Street*
*Suite 4900*
*Los Angeles, CA 90071*

1       IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-

2 captioned action be and hereby is dismissed with prejudice pursuant to Federal

3 Rule of Civil Procedure 41(a)(1).

4

5

6 Dated: _____                     UNITED STATES MAGISTRATE JUDGE

Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071

CG/1063611/8768669v.1

**ORDER RE DISMISSAL WITH PREJUDICE
CASE NO. CV 10-01631 MAN**