1  NICHOLAS J. BONTRAGER (State Bar No. 252114)
   CHRISTOPHER G. ADDY (State Bar No. 256044)
2  KROHN & MOSS, LTD.
   Email: nbontrager@consumerlawcenter.com
3  Email: caddy@consumerlawcenter.com
   10474 Santa Monica Boulevard, Suite 401
4  Los Angeles, CA 90025
   Telephone: (323) 988-2400
5  Facsimile: (866) 802-0021

6  Attorneys for Plaintiff
   HECTOR MARTINEZ
7

8  GARY J. LORCH (State Bar No. 119989)
   Email: glorch@gordonrees.com
9  GORDON & REES LLP
   633 West Fifth Street, Suite 4900
10 Los Angeles, CA 90071
   Telephone: (213) 576-5000
11 Facsimile: (213) 680-4470

12 Attorneys for Defendant
   PENTAGROUP FINANCIAL, LLC
13

14

15                UNITED STATES DISTRICT COURT

16                CENTRAL DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  HECTOR MARTINEZ, | )  Case No. CV 10-01631 MAN |
| 19        Plaintiff, | ) |
| 20        vs. | )  **ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| 21  PENTAGROUP FINANCIAL, LLC, | ) |
| 22        Defendant. | ) |

23

24

25      Based upon the stipulation entered into by and between Plaintiff HECTOR

26 MARTINEZ and Defendant PENTAGROUP FINANCIAL, LLC, by and through

27 their respective attorneys of record,

28 / / /

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: November 8, 2010

*Margaret A. Nagle*

_____
Margaret A. Nagle
United States Magistrate Judge